1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 06-6691 CRB**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Patricia Mullens, Individually and on behalf of Larry Mullens,<br>    Plaintiffs,<br>vs.<br>Pfizer Inc., et al.<br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Patricia Mullens, Individually and on behalf of Larry Mullens, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: Jan. 12, 2010        MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
*Attorneys for Plaintiffs*

DATED: Jan. 12, 2010        DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE